√ #114   # 128618

FILED
2010 JUN 28 PM 3:29

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

In re: MAAG, JOHNNY BILL      Case No. 09-38176
       MAAG, CHERIE KIM

Judge RICHARD L SPEER

## REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Figi's Inc. | 3200 South Maple Ave | $4.59 |
| Attn: Recovery Operations | Marshfield, WI 54449 | |

Check for $4.59 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated: 6/24/10

cc:

Office of the U.S. Trustee